UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOWELL T. CORMIER, *et al.*,

    Plaintiffs,

  v.

CITIBANK SOUTH DAKOTA, N.A., *et al.*,

    Defendants.

Case No. C04-2538L

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT

    This matter comes before the Court on a motion for summary judgment filed by defendant AllianceOne Receivables Management, Inc. ("AllianceOne") (Dkt. #49). Plaintiff Lowell Cormier, who is proceeding *pro se*, has filed his complaint on behalf of himself and "all others similarly situated" alleging that several of the defendants violated the Racketeer Influence and Corrupt Organization Act, 18 U.S.C. §§ 1961-1962 ("RICO").

    AllianceOne moves for summary judgment based on the fact that the complaint is devoid of any allegations against it. AllianceOne is correct that other than its name in the caption, the complaint contains no reference to AllianceOne, much less any allegations of wrongdoing. Although plaintiffs have responded to the motion, they do not dispute that their complaint is deficient, they have not moved to amend, and they have not identified any genuine issues of material fact. Instead, plaintiffs' response follows their usual practice of denying the Court's

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT- 1

1  authority to resolve the matter without a trial and lodges personal attacks against another
2  member of this court.  Because plaintiffs' filings allege no facts against AllianceOne, there is no
3  genuine issue of material fact or even the semblance of one to preclude summary judgment.
4      For all of the foregoing reasons, the Court GRANTS AllianceOne's motion and dismisses
5  plaintiffs' complaint against it with prejudice.  (Dkt. #49).

7      DATED this 19th day of September, 2005.

              *MWT S Lasnik*
              Robert S. Lasnik
              United States District Judge

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT- 2